# United States Court of Appeals
## For the First Circuit

---

Nos. 24-1007, 24-1045

ARELY NICOLLE MONCADA ALANIZ,

Appellee/Cross-Appellant,

v.

BAY PROMO, LLC,

Appellant/Cross-Appellee.

---

**ERRATA SHEET**

The opinion of this Court, issued on July 2, 2025, is amended as follows:

On page 29, line 12, remove the word "the" before "Bay Promo."